MORRIS PICKERING PETERSON & TRACHOK
William E. Peterson, No. 1528
Janine C. Prupas, No. 9156
6100 Neil Road, Suite 555
Reno, Nevada 89511
Telephone: (775) 829-6000
Facsimile: (775) 829-6001

Attorneys for Plaintiff
Sierra Pacific Power Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA PACIFIC POWER COMPANY, a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, a Connecticut corporation, and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, as successor in interest to ZURICH INSURANCE COMPANY, US Branch,<br><br>    Defendants. | Case No. 3:04-cv-0034-LRH-RAM<br><br>ORDER **FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER**<br><br>**(SIXTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between parties hereto, through their respective counsel of record, that counsel shall have up to and including June 16, 2006, to file their pretrial order and Fed. R. Civ. P. 26(a)(3) disclosures.

This is the sixth request for extension of time.

MORRIS PICKERING
PETERSON & TRACHOK
ATTORNEYS AT LAW
6100 NEIL ROAD
SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

Dated this 12th day of April, 2006.

MORRIS PICKERING PETERSON
& TRACHOK

By: _____
William E. Peterson, No. 1528
Janine C. Prupas, No. 9156
6100 Neil Road, Suite 555
Reno, Nevada 89511

Attorneys for Plaintiff
Sierra Pacific Power Company

ROBINS, KAPLAN, MILLER
 & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015

BURTON, BARTLETT & GLOGOVAC

By: _____
Scott A. Glogovac, No. 226
50 W. Liberty Street
Suite 650
Reno, Nevada 89501

Attorneys for Defendants
THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE
COMPANY AND ZURICH AMERICAN
INSURANCE COMPANY

THERE SHALL BE NO FURTHER
EXTENSIONS.  LRH

IS IT SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  May 1, 2006.