UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA PACIFIC POWER COMPANY, ) <br> a Nevada corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE HARTFORD STEAM BOILER ) <br> INSPECTION AND INSURANCE ) <br> COMPANY, a Connecticut corporation, ) <br> and ZURICH AMERICAN INSURANCE ) <br> COMPANY, a New York corporation, ) <br> as successor in interest to Zurich ) <br> Insurance Company, US Branch, ) <br> ) <br> Defendants. ) <br> _____) | 3:04-CV-0034-LRH (RAM) <br><br> <u>MINUTES OF THE COURT</u> <br><br> March 24, 2008 |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

   Defendants Hartford Steam and Boiler Inspection and Insurance Company and Zurich American Insurance Company have filed a Motion to Compel Exhibits (Doc. #126).  Good cause appearing,

   Defendants' Motion (Doc. #126) is <u>GRANTED</u>.  Plaintiff shall provide Defendants marked copies of all trial exhibits no later than the close of business Wednesday, March 26, 2008.

   IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:<u>         /s/                    </u>
Deputy Clerk