UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA PACIFIC POWER COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, a Connecticut corporation, and ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, as successor in interest to ZURICH INSURANCE COMPANY, US Branch,<br><br>Defendants. | Case No. 3:04-cv-0034-LRH-RAM<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE POST-TRIAL BRIEFS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between parties hereto, through their respective counsel of record, that all post-trial briefing in this matter be extended for an additional seven days. The reason for this request is that Plaintiff's counsel has had a family emergency that requires his attention out of town. Plaintiff's counsel advised Defendants' counsel of this emergency on Saturday, May 3, 2008 and Defendants' counsel agrees to a seven day extension of all post-trial briefing. Therefore, counsel hereby request that Plaintiff's opening brief shall now be due on Monday, May 12, 2008; defendant's response

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
6100 NEIL ROAD
SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

is due on Tuesday, May 27, 2008 and plaintiff's reply is due on Monday, June 2, 2008.

This is the first request for extension of time.

Dated this 5th day of May, 2008.

    MORRIS PICKERING & PETERSON

By: /s/ William E. Peterson
_____
William E. Peterson, No. 1528
Suellen Fulstone, No. 1615
Janine C. Prupas, No. 9156
6100 Neil Road, Suite 555
Reno, Nevada 89511

Attorneys for Plaintiff
Sierra Pacific Power Company

BURTON, BARTLETT & GLOGOVAC
50 W. Liberty Street
Suite 650
Reno, Nevada 89501

ROBINS, KAPLAN, MILLER
 & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015

By: /s/ David E. Bland
_____
David E. Bland
(admitted pro hac vice)

Attorneys for Defendants
THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE
COMPANY AND ZURICH AMERICAN
INSURANCE COMPANY

IS IT SO ORDERED:

_[signature]_
_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT
DATED: May 8, 2008