UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| SIERRA PACIFIC POWER COMPANY, | ) | 3:04-CV-34-LRH-RAM |
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, et al., | ) | October 2, 2013 |
| Defendants. | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):      NONE APPEARING

COUNSEL FOR DEFENDANT(S):      NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Plaintiff's Motion for Status Conference Hearing [#216].  Defendant's filed a non-opposition response [#217].

IT IS ORDERED that Plaintiff's Motion for Status Conference Hearing [#216], is GRANTED.

IT IS FURTHER ORDERED that a **Status Conference is set on Friday, 10/18/13 at 10:00 a.m. in Reno Courtroom 3 before Judge Larry R. Hicks.**  IT IS FURTHER ORDERED, out-of-state counsel requesting to appear telephonically at the hearing shall notify Courtroom Administrator, Dionna Negrete, at (775) 686-5829 or dionna_negrete@nvd.uscourts.gov no later than Thursday, 10/10/13.  Thereafter, on 10/18/13, telephonic participants shall call AT&T no later than 5 minutes prior to the hearing at 1 (888) 273-3658, and provide Access Code 9260179 and Security Code 101813.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk